IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: DUTY ASSIGNMENT | : | No. 452 |
|---|---|---|
| SCHEDULE FOR EMERGENCY | : | Judicial Administration |
| PETITIONS IN THE YEAR 2016 | : | Docket |

SECOND AMENDED ORDER

PER CURIAM:

AND NOW, this 11th day of August, 2016, it is hereby ordered that the amended order at No. 452 Judicial Administration Docket, amended March 24, 2016, listing emergency duty assignments is hereby amended as follows:

September    Justice Christine Donohue    (Eastern District)
                Justice Sallie Updyke Mundy    (Western District)

October    Justice Debra Todd    (Eastern District)
            Justice Kevin Dougherty    (Western District)

November    Justice Max Baer    (Eastern District)
              Justice David Wecht    (Western District)

December    Justice Christine Donohue    (Eastern District)
              Justice Sallie Updyke Mundy    (Western District)